IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   December 26, 2019

ENTER ORDER:

The following cases are hereby **TRANSFERRED** to Judge Jodi Dishman.  Please note that, for future filings in these cases, the letters at the end of the case number should now be "JD" rather than a "D".   This is important to ensure the prompt distribution of pleadings to the proper judge.

| | | |
|---|---|---|
| 1. | CIV-15-370-D – O'Connor v. US Cellular, et al |
| 2. | CIV-15-510-D – O'Connor v. US Cellular, et al |
| 3. | CIV-18-348-D – Leming v. Okla. Dept Veterans Affairs |
| 4. | CIV-18-405-D – Wakefield v. PAM Transport, Inc., et al |
| 5. | CIV-18-462-D – Harness v. TWG Transportation |
| 6. | CIV-18-565-D – Taylor, et al v. Chesapeake Operating, Inc. |
| 7. | CIV-18-958-D – Ponca Machine v. EMCASCO Ins. |
| 8. | CIV-18-984-D – Burke v. City of Oklahoma City |
| 9. | CIV-18-1199-D – Semrad v. Lebrijia, et al |
| 10. | CIV-19-247-D – Packard, Inc. v. Wilspec Technologies |
| 11. | CIV-19-344-D – Gaedeke Holdings VII v. Stamps Brothers Oil and Gas, LLC |
| 12. | CIV-19-701-D – Dodd v. Safeco Insurance Co. of America |
| 13. | CIV-19-748-D – Smirnov v. Oklahoma Baptist University |

| 14. | CIV-19-762-D – JLL Consulting LLC v. Gaillardia Community Assoc. et al |
| --- | --- |
| 15. | CIV-19-936-D – Allen-Huffing v. Progressive Northern Insurance |
| 16. | CIV-19-1030-D – Terex GB LTD v. ROMCO Equipment Co. LLC |
| 17. | CIV-19-1170-D – Tollett v. Young |

By direction of Chief Judge Timothy D. DeGiusti, we have entered the above enter order.

CARMELITA REEDER SHINN,
CLERK OF COURT


By:  /s/ Mike Bailey
         Deputy Clerk