IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ASHLEE TOLLETT                    )
                                  )
                                  )
         Plaintiff(s),             )
                                  )
v.                                )   Case No. CIV-19-1170-JD
GARY YOUNG                        )
                                  )
                                  )
         Defendant(s)              )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Ashlee Tollett
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Kindra Avila                    02/14/2020
Signature                          Date

Kindra Avila
Print Name

Bussett Legal Group, PLLC
Firm

Criminal Cases Only:

☐ Retained or USA

2201 N. Classen Blvd
Address

☐ CJA Appointment

Oklahoma City       Oklahoma       73106
City                State          Zip Code

☐ Federal Public Defender

405-605-8073
Telephone

☐ Pro Bono

kindra@bussettlegal.com
Internet E-mail Address

☐ CJA Training Panel

REVISED 05/14/18

*Certificate of Service*

[✔] I hereby certify that on **February 14, 2020**, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Kindra Avila
s/ Attorney Name