### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ASHLEE TOLLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-1170-D |
| | ) | |
| GARY YOUNG, | ) | **JURY TRIAL DEMANDED** |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii).

1. Plaintiff filed this action in the Western District of Oklahoma on December 18, 2019.

2. Plaintiff agrees to dismiss this case without prejudice.

3. Defendant, who has filed a Motion to Dismiss, agrees to the dismissal of the case.

4. This is not a class action under FRCP 23, a derivative action under Rule 23.1 or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal or state court suit

based on or including the same claim as those presented in this case.

8. This dismissal is without prejudice to the refiling of the same.

/s/ Rachel Bussett
Rachel L. Bussett, OBA #19769
Kindra N. Avila, OBA No. 22547
Bussett Legal Group
2201 N. Classen Blvd.
Oklahoma City, Oklahoma 73106
(405) 605-8073
RACHEL@bussettlegal.com
*Attorneys for Plaintiff*

/s/Tim D. Cain
Tim D. Cain
Wilson, Cain & Acquaviva
300 NW 13th St., Ste. 100
Oklahoma City, OK 73103
(405)236-2600
timcain@swbell.net
*Attorneys for Defendant*